# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

Greg Lamont Harrison
*[Enter the full name of the plaintiff in this action]*

v.

Ricky W. Madden
Donchel Hill
Scott Russ
Matt Emery
Greg Allison

*Enter above the full name(s) of defendant(s) in this action*

Civil Action No. _____
*(to be assigned by Clerk)*

**COMPLAINT**
Federal Prisoner

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes _____    No ✓

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

  1. Parties to this previous lawsuit:

     Plaintiff: N/A

     Defendant(s): N/A

  2. Court: N/A
     *(If federal court, name the district; if state court, name the county)*

  3. Docket Number: N/A

  4. Name(s) of Judge(s) to whom case was assigned: N/A

  5. Disposition: N/A
     *(For example, was the case dismissed? Appealed? Pending?)*

  6. Approximate date of filing lawsuit: N/A

  7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: Greenwood County Detention center

B. What are the issues that you are attempting to litigate in the above-captioned case? Property that was Seized from my home on April 1, 2015

C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓   No____

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes____ No ✓

When_____  Grievance Number (if available) _____

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., grievance)? Yes____  No ✓

E. When was the final agency/departmental/institutional answer or determination received by you? ____

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes ✓  No____

G. If your answer is YES:

1. What steps did you take? I wrote two letters on the Kiosk
2. What was the result? We will let them Know

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: Greg Lamont Harrison   Inmate No.: 00056
   Address: 528 Edgefield St. Greenwood, SC 29646

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Ricky W. Madden   Position: Sheriff officer
   Place of Employment: Greenwood County Sheriff Office

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
   Donchel Hill, Scott Russ, Matt Emery, and Greg Allison. all are Sheriff officer with the Greenwood County Sheriff office

IV. STATEMENT OF CLAIM

State here, as briefly as possible, the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

On April 1, 2015, A Search Warrant was executed to my home 1011 PARKLAND Place Rd #58 Greenwood SC. 29646, by Judge frank Addy. The Propety sought was any and all property that was reported stolen in connection with burglaries beginning on or around October 24, 2014 through April 1, 2015 Within the county of Greenwood, SC.. The only Property that was Suppose to be seized by the Sheriff Office where things thay found that May have been Stolen in Connection With burglaries, but Officer Ricky W. Madden, Donchel Hill, Scott Russ, MAtt Emery, Greg Allison, acted in there on Compacity and Knowingly and unlawfully seized 27 Things that were not stolen and should Have Not been takeing. My SAFE with $7,800 my WAllET ConTAiNing $401 all US Currency and 25 Other things that I do have a list of, so Im asking the courts to please look into this matter becouse I have ask and ask For them to Return these Items To the rightfull owner. CONCLUSION

IV. STATEMENT OF CLAIM - continued.

The Sheriff officers was suppose to be looking for specific Items that WAS on the search Warrant Not any and Everything thAy came across, again That was NOt on the search Warrant Therfor the search in my home was conducted Illegal and these 24 Things Should have NOt been TAKeing. as being the victim in This case Ive had a significant losses as a result in this case, I allso would like to add, the search Warrant was legal but the things thAy took should have NOt been takeing becouse thAy were NOt on the property SOUGHT list, the warrant gives a Description of the things to be takeing. ThAN two dAys latter afther the Search warrant was conducted thAy Came bAck to my home 1011 parkland Place Rd #58 Greenwood 29646 And Seized a Rideing LAWN more and a Air ctANlC So I feel my Due process Right where Violated that happen on April 4 two Days latter.

## V. RELIEF.

*State briefly and exactly what you want the court to do for you.*

I want everything that was seized And found Not stolen Return back to Me and each Officer Arrested for Burglar or Grand Larceny, because these officer Knowingly and unlawfully seized #27 Things that were in fact Not stolen and didNot have any connection with any burglaries in Greenwood SC.

In Conclusion I am out of about $60,000 in property losses Due to this Illegal search and seizer in my home. I allso have a receipt for all 27 things. so therfor I would like these officers investiged and Charged for burglar, Safecracking and grand Larceny and my property back or the value.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  11  day of  Feb , 20 16 .

*Hugg Lamont Hanison*
Signature of Plaintiff